IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>F & F PROPERTIES, LLC,<br>d/b/a Roma Italian Restaurant, and<br>DOES 1-5,<br><br>      Defendants. | 8:16CV523<br><br>ORDER |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 2nd day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge