IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HERNANDEZ,<br><br>                      Plaintiff,<br><br>vs.<br><br>F & F PROPERTIES, LLC, and XHEVDET GASHI,<br><br>                      Defendants. | 8:16CV523<br><br>**ORDER** |

On April 14, 2017, F&F Properties, LLC ("F&F") filed a "Third-Party Complaint" against Defendant Xhevdet Gashi. ([Filing No. 27](#).) On April 18, 2017, this Court struck the Third-Party Complaint because (1) a Third-Party Complaint can only be filed against a *nonparty* to the suit under [Fed. R. Civ. P. 14](#), (2) F&F has not filed an answer and (3) F&F did not seek leave to file the Third-Party Complaint. ([Filing No. 30](#).)

F&F has now filed a motion seeking leave to file a third-party complaint. ([Filing Nos. 32](#), [33](#).) F&F again seeks to file a third-party complaint against Xhevdet Gashi. However, as F&F was previously informed, Xhevdet Gashi is already a named defendant in this suit and, therefore, a third-party complaint is improper under [Fed. R. Civ. P. 14.](#) In addition, F&F has still not filed an answer.

IT IS THEREFORE ORDERED that F&F's Motion and Amended Motion for Leave to File Third-Party Complaint ([Filing Nos. 32](#), [33](#)) are denied.

Dated this 20th day of April, 2017.

                                                              BY THE COURT:

                                                              s/ Susan M. Bazis
                                                              United States Magistrate Judge